Finally, "the undisputed facts and irrefutable documentary evidence" establish that the Bank's perfected security interest in FST's accounts has priority over Robson's interest as a judgment creditor, and conclusory allegations and speculation are insufficient to support the contention of Robson that further discovery is warranted (*id.* at 137; *see William Iselin & Co.*, 52 Misc 2d at 824). Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.

In the Matter of AMBER A. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KATHY A., Appellant. (Appeal No. 2.) [852 NYS2d 904]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.

AMANDA C.S., Appellant, v SCOTT STEARNS, Defendant, and JOSEPH COLLEA, as Principal of Ilion High School, et al., Respondents. (Appeal No. 2.) [853 NYS2d 518]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Gorski, JJ.

AMANDA C.S., Respondent, v SCOTT STEARNS, Defendant, and JOSEPH COLLEA, as Principal of Ilion High School, et al., Appellants. (Appeal No. 1.) [853 NYS2d 771]—

Memorandum: Plaintiff commenced this action seeking damages allegedly resulting from an inappropriate sexual relation-